JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIL KHACHUTOROV, | CV 25-1140 PA (ADSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LESLIE BRITTEN, et al., | |
| Defendants. | |

Pursuant to the Court's July 23, 2025 Minute Order granting the Motion to Dismiss for lack of subject matter jurisdiction filed by defendants U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Leslie Britten, Andrew Davidson, and Benjamine Huffman (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action commenced by plaintiffs Danil Khachutorov, Diana Zaripova, Liya Zaripova, and Ruslan Adikaev (collectively "Plaintiffs") is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants have their costs of suit.

DATED: July 23, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE